IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BEACON ROOFING SUPPLY, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 17 - 1100 |
| | ) |
| GINGER MILLER and PAUL EFFERIN, | ) |
| individually and collectively t/d/b/a | ) |
| BEACON ROOFING AND ASPHALT and | ) |
| BEACON ROOFING SYSTEMS, | ) |
| | ) |
| Defendants. | ) |

**PROOF OF SERVICE OF
VERIFIED COMPLAINT FOR INJUNCTIVE RELIEF FOR
TRADEMARK INFRINGEMENT, FALSE DESCRIPTION,
AND UNFAIR AND DECEPTIVE TRADE PRACTICES**

On September 14, 2017, Paul Efferin, was served via U.S. First Class Mail, with a copy of the Verified Complaint for Injunctive Relief for Trademark Infringement, False Description, and Unfair and Deceptive Trade Practices in the above-captioned action. A true and correct copy is attached hereto as Exhibit A. .

I verify that the statements in this Proof of Service are true and correct.

September 18, 2017

Respectfully submitted,

 /s/  Steven B. Silverman
Steven B. Silverman, Esq.
PA ID No. 56829
ssilverman@babstcalland.com

Babst, Calland, Clements and Zomnir, P.C.
Firm PA ID No. 812
Two Gateway Center, 6th Floor
603 Stanwix St.
Pittsburgh, PA  15222
(412) 394-5400

*Counsel for Plaintiff*

{B3329444.1}

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing Proof of Service of Verified Complaint for Injunctive Relief for Trademark Infringement, False Description, and Unfair and Deceptive Trade Practices, was served this 18th day of September, 2017, via U.S. First-Class Mail, postage prepaid, upon the following:

Ginger Miller
2838 Broadway Avenue
Apartment 7
Pittsburgh, PA 15216

Paul Efferin
1940 Westmont Avenue
Pittsburgh, PA 15210

/s/ Steven B. Silverman

{B3329444.1}